UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

NO. 05-80266-1
HON. PATRICK J. DUGGAN

vs.

ARSHAD A. MALIK,

        Defendant(s).
_____/

ORDER GRANTING MOTION TO APPOINT NEW COUNSEL AND RE-APPOINTING THE FEDERAL DEFENDER OFFICE

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on April 17, 2009.

This matter is before the Court on Motion to Appoint new counsel for Defendant. No response has been filed, therefore;

IT IS ORDERED that the Motion to Appoint new counsel for Defendant be and the same is hereby GRANTED.

IT IS FURTHER ORDERED that the Federal Defender Office is appointed to represent the defendant in this matter.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: April 17, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 17, 2009, by electronic and/or ordinary mail.
        s/Marilyn Orem
        Case Manager